IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILLIP RANDY STAPLES, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00067-TES-MSH |
| | * |
| Commissioner TYRONE OLIVER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 1, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk